UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IBX JETS, LLC, CHRISTOPHER JONES, MICHAEL JONES, BRANDON COLEMAN, IBX AIR CORPORATION | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 16-11604-IT |
| JUSTIN SULLIVAN, UB AIR LLC, | * * | |
| Defendants. | * | |

ORDER

January 6, 2017

TALWANI, D.J.

Before the court is Attorney Eric E. Renner's <u>Motion to Withdraw as Counsel</u> for Plaintiffs [#57]. Having received no opposition, the Motion is ALLOWED.

Plaintiffs are now no longer represented in this matter by counsel admitted to the bar of this court, as Plaintiffs' out-of-state attorney Steven M. Chait has failed to comply with Local Rule 83.5.3(h) and this court's order of December 13, 2016 [#58] directing counsel to seek admission *pro hac vice*. Individual plaintiffs may proceed *pro se*, but corporate plaintiffs may not. Local Rule 83.5.5(c). Accordingly, Plaintiffs IBX Air Corporation's and IBC Jets LLC's claims will be dismissed without prejudice unless Attorney Chait requests and is granted admission *pro hac vice*, or substitute counsel files notice of appearance, by January 18, 2017.

The clerk is directed to send copies of this order to the individuals and entities listed on Attorney Renner's Certificate of Service [#57] who are not registered on ECF.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge